COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: Amezquita (Last) Jose (First) G. (Middle Initial)

Prisoner Number: CDCR# AS4217

Institutional Address: PO BOX 1050
Soledad, CA 93960

FILED
MAY 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose G. Amezquita
*(Enter your full name.)*

vs.

C/O Garcia-Cortez
Lt. Meredith

*(Enter the full name(s) of the defendant(s) in this action.)*

Case No. 20-08285 BLF (PR)
*(Provided by the clerk upon filing)*

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FIRST AMENDED COMPLAINT

## I. Exhaustion of Administrative Remedies.

Note: *You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement Salinas Valley State Prison

B. Is there a grievance procedure in this institution? YES ☒ NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☒ NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: CDCR Form 22 Informal Appeal submitted 1/27/20 no number assigned
No Reply Received

2. First formal level: Appeal No: SVSP-L-20-00987
Denied 4/6/20

3. Second formal level: Bypassed by regulation

4. Third formal level: Appeals Office No: 56669
Sacramento Office of Appeals - sent 4/14/20
Denied by Default - never received a reply
602 filed regarding missing reply

E. Is the last level to which you appealed the highest level of appeal available to you?

YES [X] NO [ ]

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Jose G. Amezquita CDCR# AS4217
Salinas Valley State Prison A4-117
PO BOX 1050 Soledad, CA 93960

B. For each defendant, provide full name, official position and place of employment.

C/O Garcia-Cortez, Correctional Officer, Salinas Valley State Prison
Lt. Meredith, Correctional Lieutenant, Salinas Valley State Prison

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1. In October of 2018 I was a victim of staff misconduct and a "Green Wall" conspiracy at RJ Donovan Correctional Facility in San Diego, CA.

2. Following several incidents of intimidation and retaliation by the "Green Wall" at RJ Donovan Correctional Facility, I was transferred to Salinas Valley State Prison in Soledad, CA on November 3, 2018.

3. For many months following transfer to Salinas Valley State Prison, several officers including C/O Garcia-Cortez threatened, ridiculed, intimidated, and otherwise harassed me based on my allegations against the "Green Wall" of which C/O Garcia-Cortez is a member.

(See Additional Pages Attached)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I am asking for $25,000 from each defendant for compensatory damages and $1,000,000 from each defendant for punitive damages. I am asking the court to accept pendant jurisdiction for the state claims. I am asking the court for any such other relief the court deems justified. I am also asking for court fees and reasonable attorney fees.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 4-12-21 ___ José Amezquita
*Date* *Signature of Plaintiff*

4. On September 30, 2019, I filed a lawsuit (19-cv-01461-AJB-KSC) in the United States District Court, Southern District of California, which claimed misconduct by staff at RJ Donovan Correctional Facility and alleged in part that the "Green Wall" officers at RJ Donovan conspired to manipulate, intimidate, threaten, retaliate, and harass me when I refused their overtures to become an informant against General Population inmates at RJ Donovan Correctional Facility.

5. On January 23, 2020, a fight broke out on A-yard at Salinas Valley State Prison. The fight was near A5 building about 50 feet away from plaintiff.

6. As soon as the fight broke out, and without any warning to get down, I was maliciously and sadistically shot indiscriminately by C/O Garcia-Cortez with a 40 mm Block Gun resulting in a deep bone bruise to my sternum.

7. At no time was the fight deemed a serious event or a major disruption in the security of the prison. It was such a minimum incident that the participants were not charged with 115 Serios Rules Violations.

8. Throughout my time at Salinas Valley State Prison I observed C/O Garcia-Cortez wantonly and indiscriminately fire his 40mm Block Gun unnecessarily on several occasions.

9. Nobody in close proximity to A5 building on January 23, 2020 was in any imminent danger of serious injury warranting the firing of the 40mm Block Gun. C/O Garcia-Cortez fired the 40mm Block Gun in a wild and unarticulated

fashion which was completely unnecessary in any effort to protect inmate of staff safety.

10. On January 23, 2020, there was no penological interest that the 40mm Block Gun was necessary to quell the disturbance. Officers were on the scene and all inmates complied by "getting down" when instructed to do so.

11. Following this incident on january 23, 2020, C/O Garcia-Cortez told another inmate who was also shot, i/m Cortez, that he had been waiting to get plaintiff and plaintiff "got what he had coming."

12. Based on information and belief, C/O Garcia-Cortez intentionally caused harm to me and then told me that I could go ahead and complain but it would not matter because C/O Garcia-Cortez had a strong union. C/O Garcia-Cortez further stated that he didn't care what I did, I had got what I had coming.

13. After I came back from medical triage and treatment on January 23, 2020 C/O Garcia-Cortez stated that next time he would use the real gun referring to the Ruger® Mini14 Assault Rifle.

14. On February 21, 2020, I filed a 602 appeal alleging staff misconduct against C/O Garcia-Cortez for shooting me unnecessarily with the 40mm Block Gun causing my painful injury to my sternum.

15. On February 25, 2020, I was interviewed by Lt. Meredith with a video recording being made simultaneously of my encounter with Lt. Meredith regarding

my staff complaint. Lt. Meredith had implicit bias towards me and I felt intimidated and threatened.

16. On February 27, 2020, Lt. Meredith placed a file in my SOMS record which stated that because I had numerous 115 Serious Rules Violations, I was being removed from my seat on the Inmate Advisory Council. This false information placed in my SOMS file and used to remove me from my seat on the Inmate Advisory Council was false and Lt. Meredith knew this and yet his relationship with C/O Garcia-Cortez and the "Green Wall" warranted his actions of retaliation and intimidation.

17. In March 2020, I filed a 602 appeal alleging staff misconduct by Lt. Meredith for removing me from the Inmate Advisory Council. This action by Lt. Meredith eliminated my ability to leave my cell for extra-curricular activities and this inhibited my ability to recreate and socialize with other inmates who had voted for me to receive this extra privilege.

18. This fraudulent report made by Lt. Meredith in my SOMS record has the potential to hamper my ability to get Elderly parole and thus quash my vested liberty interest.

19. In April 2020, I received a denial of my appeal alleging staff misconduct by C/O Garcia-Cortez for maliciously and sadistacally shooting me even though there was no threat to the safety and well-being of inamtes and or staff.

20. C/O Garcia-Cortez has repeatedly fored his 40mm Block Gun indiscriminately

and recklessly and based on information and belief, he is "trigger happy" and is a member of the "Green Wall" which uses force and intimidation to threaten and retaliate against prisoners sadistically and maliciously.

21. In May 2020, I received a reply to my appeal against Lt. Meredith and it was partially granted in that the CDCR acknowledged that Lt. Meredith was wrong to remove me from my seat on the Inmate Advisory Council but made no mention of the fraudulent record in my SOMS file.

22. In May 2020, I filed my Third Level Appeals for both the malicious and sadistic shooting of myself by C/O Garcia-Cortez and for the retaliation in concert by Lt. Meredith.

23. I have been a victim of the "Green Wall" conspiracy since June of 2018 and based on information and belief, I am currently being targeted by the "Green Wall" since they won't allow me to choose a celly, they are instead going to force a celly on me not of my choosing in an arbitrary and capricious manner not related to legitimate penological interests.

24. The defendants C/O Garcia-Cortez and Lt. Meredith, as members of the "Green Wall" conspiracy, have deliberately and indifferently harmed me under color of state law by physically injuring me and causing the resultant mental and emotional distress exacerbated by my status as a participant in the Enhanced Outpatient Program Level of Care for those like myself with specific mental health needs.

25. Defendants C/O Garcia-Cortez and Lt. Meredith violated my right to be free from cruel and unusual punishment as guaranteed by the Eighth Amendment to the United States Constitution by their combined actions of physical abuse, emotional abuse, mental abuse, intimidation, retaliation, and threats of further abuse against myself.

26. Plaintiff hereby alleges further that defendants also violated state law in that C/O Garcia-Cortez treated me inhumanely, used excessive force, intentionally inflicted emotional distress, committed battery against my person, violated the Tom Banes Civil Rights Act, and were negligent in the performance of their duties as well as violations of other state laws. I ask this court to accept pendant jurisdiction pursuant to 28 USC §1367 and allow me to proceed in this action based on both state and federal claims in the interest in judicial economy.

27. Defendants wrongful actions as alleged herein violate 42 USC §1983 because they deliberately and indifferently deprived me of my rights, benefits, and privileges secured by the United States Constitution.

28. Defendants knew or should have known that their conduct, attitudes, and deliberately indifferent actions created an unreasonable risk of serious harm to myself.

29. As a proximate result of defendants violation of plaintiff's right to be free of cruel and unusual punishment, plaintiff has suffered, is suffering, and will continue to suffer irreparable harm.

30. As a direct and forseeable result of defendants' violation of the Eighth Amendment, plaintiff has suffered, is suffering, and will continue to suffer injuries in the form of physical injury, fear, emotional distress, mental distress, and other injuries.

31. An actual controversy of material fact exists between plaintiff and defendants concerning their rights, privileges, and obligations.

32. Defendants' acts as described herein were willful, deliberate, intentional, malicious, and despicable in conscious disregard of plaintiff's rights, entitling plaintiff to an award of exemplary damages.

33. Liberally construed, the defendants' actions were clearly not related to a legitimate penological interst as detailed herein.

34. The injuries suffered by plaintiff were serious. He still has pain in his sternum and has made numerous visits to the medical center seeking relief from his pain.

35. The defendants knew that they wer harming the plaintiff and did so with complete disregard for the rights of the plaintiff because they conspired to intimidate, threaten, harass, retaliate, and cause pain and suffering by their actions not related to a legitimate penological interest.

36. Defendant C/O Garcia-Cortez used unnecessary force by firing his 40mm

Block Gun recklessly and indiscriminately at inmates not facing and inflicting and imminent threat of serious injury.

I hereby swear and declare the foregoing to be true and correct under penalty of perjury. Executed this 12 day of APRIL 2021 at Salinas Valley State Prison in Soledad, Monterey County, California.

Jose Amezquita

Jose G. Amezquita
Plaintiff Pro Se