SAN FRANCISCO DC
POSTAGE DUE SEC.
MAY 22 2021
USPS

PAID

Jose G. Amezquita CDCR# AS4217
Salinas Valley State Prison A4-117
PO Box 1050 Soledad CA 93960

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

-526

BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

5(F)1

RECEIVED
MAY 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

STATE PRISON GENERATED MAIL

LEGAL MAIL

STATE PRISON GENERATED MAIL

Postage

4/12/2021

80167

Postage Due Unit.

LEGAL MAIL