# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOSE G. AMEZQUITA,

Plaintiff,

v.

GARCIA-CORTEZ, et al.,

Defendants.

Case No. 20-08285 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison. Dkt. No. 1. On March 26, 2021, the Court dismissed the complaint with leave to amend to correct various deficiencies. Dkt. No. 11. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without prejudice and without further notice to Plaintiff. *Id.* at 8. The deadline, April 23, 2021, has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __May 25, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.20\08285Amezquita_dism