UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE G. AMEZQUITA,

    Plaintiff,

v.

GARCIA-CORTEZ, et al.,

    Defendants.

Case No. 20-08285 BLF (PR)

**ORDER REOPENING ACTION; VACATING JUDGMENT**

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison. Dkt. No. 1. On March 26, 2021, the Court dismissed the complaint with leave to amend to correct various deficiencies. Dkt. No. 11. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without prejudice and without further notice to Plaintiff. *Id.* at 8. When no amended complaint was filed in the time provided, *i.e.*, no later than April 23, 2021, the Court dismissed the action on May 25, 2021, and entered judgment the same day. Dkt. Nos. 13, 14.

The following day, on May 26, 2021, the Clerk docketed Plaintiff's first amended complaint with a filing date of May 24, 2021. Dkt. No. 12. The Court notes that the amended complaint was signed on April 12, 2021, Dkt. No. 12 at 3, but not postmarked until May 22, 2021. Dkt. No. 12-1 at 1. In the interest of justice, the Court will accept this late filing and reopen the matter. Accordingly, the Judgment entered on May 25, 2021,

Dkt. No. 14, is **VACATED**. The Court will conduct an initial review of the amended complaint in due course.

The Clerk shall reopen the file.

**IT IS SO ORDERED.**

Dated: __June 2, 2021_____

BETH LABSON FREEMAN
United States District Judge