FOREVER / USA FOREVER / USA FOREVER / USA

SAN JOSE P&DC 95101-8D50
MON 11 JUL 2022 PM

United States
District Court
[Nor]thern District of California
[2]80 South First Street
San Jose, CA

95113

Jose G. Amezquita CDCR# AS4217
Salinas Valley State Prison A4-235
PO Box 1050
Soledad, CA 93960

LEGAL MAIL

STATE PRISON
GENERATED MAIL

Nor

RECEIVED
JUL 13 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

A. MATA [illegible] 7/7/22 9/C48