IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE AMEZQUITA,**<br><br>Plaintiff,<br><br>v.<br><br>**GARCIA-CORTEZ, et al. ,**<br><br>Defendants. | Case No. 5:20-cv-08285-BLF<br><br>**ORDER GRANTING DEFENDANTS' SECOND ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Defendants P. Garcia and D. Meredith have filed an administrative motion to change the time to file a motion for summary judgment. Good cause appearing, the Court GRANTS the request.

The deadline for Defendants to file a motion for summary judgment is changed to September 5, 2023. Plaintiff's opposition must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants' reply must be filed no later than 14 days after service of Plaintiff's opposition.

IT IS SO ORDERED.

Dated: June 7, 2023

_____
The Honorable Beth Labson Freeman

1