1  ROB BONTA
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  State Bar No. 209542
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3611
6    Fax:  (415) 703-5843
     E-mail:  Michael.Quinn@doj.ca.gov
7  *Attorneys for Defendants*
   *Garcia and Meredith*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSE AMEZQUITA,** | 5:20-cv-08285-BLF |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **GARCIA-CORTEZ, et al.,** | |
| Defendants. | |

1 | Defendants moved this Court to change the time to file a summary-judgment or other
2 | dispositive motion, through November 3, 2023. After full consideration, and good cause
3 | appearing, Defendants' motion is GRANTED.
4 | Plaintiff shall file and serve his opposition by December 4, 2023. If Defendants wish to file
5 | a reply, they shall do so by December 18, 2023. Absent further order, the motion will be
6 | submitted on December 18, 2023 without a hearing.
7 | IT IS SO ORDERED.

Dated: September 5, 2023

_____
The Honorable Beth Labson Freeman
United States District Court Judge

SF2023600149
43856571.docx