ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3611
Fax: (415) 703-5843
E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants*
*Garcia and Meredith*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSE AMEZQUITA,**<br>Plaintiff,<br>**v.**<br>**GARCIA, et al. ,**<br>Defendants. | 5:20-cv-08285-BLF<br>**DECLARATION OF D. MEREDITH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, D. Meredith, declare as follows:

1. I am employed by the Department of Corrections and Rehabilitation (CDCR) as a correctional lieutenant at Salinas Valley State Prison (SVSP). I have been employed with CDCR for 17 years. My current assignment is Inmate Assignment Lieutenant and I have held this position since August 2020. My duties as Inmate Assignment Lieutenant include creating assignments for work, vocational, and self-help programs for inmates when positions are opened, assigning eligible inmates from waiting lists when appropriate positions become available, handling inmate grievances, and responding to inmate inquires relating to job assignments. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. I have been informed and understand that inmate Jose G. Amezquita, CDCR No. AS4217, has filed a lawsuit alleging that I removed him from a seat on the Inmate Advisory Council in retaliation for Amezquita filing a grievance against Defendant Garcia.

3. A true and correct copy of Amezquita's inmate assignment history is attached hereto as **Exhibit A**.

4. The Inmate Advisory Council (IAC) at Salinas Valley has formal positions that are assigned just like any other assignment within the institution. A review of Amezquita's assignment history reveals that he has never been assigned to a formal position within the IAC.

5. The IAC also has other positions that are informal. Examples of these include a Hispanic representative or Transgender representative. Those informal positions do not appear on an inmate's assignment history.

6. Inmate Amezquita was a Mexican IAC representative, an informal position within the IAC. On February 27, 2020, Amezquita was removed from that position because he had been "found guilty of numerous RVR-115's." A true and correct copy of the February 27, 2020 memorandum regarding Amezquita's removal, which was signed by myself and two inmates—the Facility "A" IAC Chairman and the Facility "A" IAC Secretary—is attached hereto as **Exhibit B**.

7. In the weeks after Amezquita was removed from the informal position within the IAC, it was determined that an error had occurred during the review of his disciplinary history

that resulted in his removal from the IAC. Accordingly, during the review of Amezquita's administrative grievance concerning the removal from the IAC, Chief Deputy Warden Parin concluded that there was insufficient evidence to support that decision. A true and correct copy of that May 12, 2020 decision is attached hereto as **Exhibit C.**

8. I conducted an interview of Amezquita on February 25, 2020, which I recorded, regarding his allegation that Defendant Garcia violated his Eighth Amendment rights by shooting him in the chest with the 40mm launcher. A true and correct copy of that video file is being lodged manually as **Exhibit D.**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 2, 2023, at SOLEDAD, California.

Lieutenant D. Meredith

SF2023600149
43862831.docx

# EXHIBIT A

| Assigned Date | Facility | Assignment Type | Assignment Category | Section Location | Position # | Position Title | Status | As of Date |
|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | SVSP-Facility A | CBI - Life Skills | Program | 105 - F/A EOP Education | CB2.105.011 | CB2 Life Skills 105 0830-1030 | Assigned | 03/10/2023 |
| 12/15/2022 | SVSP-Facility A | SUBSTANCE ABUSE RECOVERY SUPPORT GROUPS | Self-Help | 002 - A CHAPEL | 109.002.033 | Narcotics Anonymous | Completed | 07/14/2023 |
| 12/15/2022 | SVSP-Facility A | SUBSTANCE ABUSE RECOVERY SUPPORT GROUPS | Self-Help | 001 - A CHAPEL | 109.001.006 | Alcoholics Anonymous | Assigned | 12/15/2022 |
| 09/26/2022 | SVSP-Facility A | CBI - Outpatient | Program | 104 - F/A EOP Education | ISO.104.012 | ISUDT Outpatient | Completed | 02/21/2023 |
| 08/02/2022 | SVSP-Central Service | ABE 1 0-3.9 PLMP | Education | 101 | VL1.101.021 | Literacy Student Sec 101 | Unassigned | 01/10/2023 |
| 06/30/2022 | SVSP-Facility A | SUBSTANCE ABUSE RECOVERY SUPPORT GROUPS | Self-Help | 006 - A CHAPEL | 109.006.005 | Alcoholics Anonymoue 1615-1815 | Reassigned | 08/01/2022 |
| 02/03/2022 | SVSP-Facility A | Adult Basic Education I | Education | 301 - FACILITY A ABE I | A01.301.007 | ABE I Session C: 1330-1530 | Unassigned | 10/03/2022 |
| 11/16/2021 | SVSP-Central Service | Alternative Education I | Education | 101 | AE1.101.001 | AE-1 Session 1 PIP | Unassigned | 04/27/2022 |
| 07/13/2021 | SVSP-Facility A | Enhanced Outpatient Program | Education | 001 - F/A EOP Education | EOP.001.002 | F/A EOP Education | Unassigned | 10/18/2021 |
| 02/08/2020 | SVSP-Facility A | SUBSTANCE ABUSE RECOVERY SUPPORT GROUPS | Self-Help | 001 - A CHAPEL | 109.001.016 | Alcoholics Anonymous | Reassigned | 08/01/2022 |
| 09/10/2019 | SVSP-Facility A | Porter | Job | 007 - F/A BLD 4 2W | PTR.007.004 | A42W F/A4 PTR 2W | Assigned | 09/10/2019 |
| 02/20/2019 | SVSP-Facility A | Enhanced Outpatient Program | Education | 001 - F/A EOP Education | EOP.001.015 | F/A EOP Education | Unassigned | 04/27/2021 |
| 01/09/2019 | SVSP-Facility A | Porter | Job | 008 - F/A BLD 4 3W | PTR.008.009 | A43W F/A4 PTR 3W | Unassigned | 09/09/2019 |
| 08/05/2016 | RJD-Facility A | Enhanced Outpatient Program | Education | 102 - FAC.A EDUCATION OFFICE | EOP.102.003 | FAC.A EOP ALT.ED. PROGRAM | Unassigned | 07/12/2018 |
| 06/01/2016 | RJD-Facility A | Porter | Job | 002 - FAC.A - H/U #2 | PTR.002.001 | H/U#2 PORTER (2/W) | Unassigned | 07/12/2018 |
| 02/13/2016 | RJD-Facility A | Porter | Job | 002 - FAC.A - H/U #2 | PTR.002.002 | H/U#2 PORTER (2/W) | Reassigned | 05/31/2016 |
| 08/15/2015 | SAC-Facility B | Barber | Job | 001 - B #5 BLOCK 3/W | BAR.001.001 | Half Time BARBER | Unassigned | 09/11/2015 |
| 05/07/2015 | SAC-Facility B | Porter | Job | 008 - B #5 BLOCK 2/W | PTR.008.002 | B5 2W PORTER 2 MT | Reassigned | 08/14/2015 |
| 01/22/2015 | SAC-Facility B | Porter | Job | 008 - B #5 BLOCK 2/W | PTR.008.001 | B5 2W PORTER 1 SS | Reassigned | 05/06/2015 |
| 12/02/2014 | SAC-Facility B | Voluntary ABE I | Education | 018 | VA1.018.018 | VOLUNTARY ABE1 | Unassigned | 01/20/2015 |
| 11/18/2014 | SAC-Facility B | Adult Basic Education I | Education | 001 | A01.001.018 | Adult Basic Education I GP | Unassigned | 11/18/2014 |
| 07/01/2014 | SAC-Facility B | Adult Basic Education II | Education | 001 | A02.001.014 | Adult Basic Education II | Unassigned | 01/20/2015 |

# EXHIBIT B

California Department of Corrections and Rehabilitation

Salinas Valley State Prison

# MEMORANDUM

DATE: February 27, 2020

TO: Inmate Advisory Council

FROM: IAC Executive Body
Salinas Valley State Prison

SUBJECT: Removal from IAC

Inmate AMEZQUITA, AS-4217 (A4-245) has been removed from the position of Inmate Advisory Council for Alpha 4 Mexican MAC REP (Under Section 3(b), IAC Constitution & By-Laws) for cause, due to reason of being found guilty of numerous RVR-115's, per the order of the Lieutenant. This action will be effective immediately.

T. Pettis, F-35130, A2-207
Facility "A" IAC Chairman
Salinas Valley State Prison

T. Unique, AF-2823, A-1-234
Facility "A" IAC Secretary
Salinas Valley State Prison

**D. Meredith**
**Facility "A", 2/ W Lieutenant**
**Salinas Valley State Prison**

**Approved/Disapproved**

**DATE:** 2/27/2020

My last write-up has been over a year & as of today I have no write-ups in Salinas Valley State Prison in the EOP Program.

# EXHIBIT C

State of California Department of Corrections and Rehabilitation

# Memorandum

Date: May 12, 2020

To: Amezquita, CDC AS4217
SVSP A4- 250I
Salinas Valley State Prison

Subject: **APPEAL LOG #SVSP-L-20-01495 SECOND LEVEL RESPONSE**

**APPEAL DECISION:** Appeal is **PARTIALLY GRANTED**

**APPEAL ISSUE:** You state on your Inmate Appeal that Lieutenant D. Meredith removed him from the Inmate Advisory Council due to disciplinary reasons. Appellant states he has been disciplinary free for 16 months. Appellant states he addressed this issue to Lieutenant Meredith via a CDCR form 22 and has not received a response.

**APPEAL REQUEST:** You request your CDCR for 22 be answered. You additionally request reinstatement as Inmate Advisory Council (IAC) member representing Facility A, Building 4. You further request not to be subjected to any reprisal for filing this compliant.

**APPEAL RESPONSE:** You were interviewed on April 25, 2020 by Correctional Lieutenant J. Antonio. During the interview, you stated, that the appeal stands as written. During the interview process, you brought forward issues outside the scope of this appeal. When you were informed that the additional issues were outside of the scope of this appeal you indicated you were aware of the appeals process and were aware you could file an additional appeal to address the issues you brought forth.

A review of the Test of Adult Basic Education (TABE) list reveals you have a TABE reading score of 3.2 and your Disability Placement Program code is none. You are a participant in the Mental Health Services Delivery System (MHSDS) at the EOP Enhance Outpatient Program level of care. Further review of the Strategic Offenders Management System (SOMS) reveals you have no disabilities requiring special accommodation to achieve effective communication. During the interview, the interviewer utilized simple English spoken slowly to ensure effective communication. During the interview, you were afforded the opportunity to further explain your appeal issue and to provide any supporting evidence or documents. You reiterated the statements contained in the appeal, demonstrating that effective communication was achieved.

All submitted documentation and supporting arguments have been considered. Additionally, a thorough review has been conducted into your claim and evaluated in accordance with SVSP's institutional procedures and departmental policies.

The Second Level Reviewer (SLR) has reviewed your claim you were wrongfully removed from the Inmate Advisory Council (IAC) for disciplinary reasons. The SLR has additionally

reviewed your claim your CDCR form 22 addressing concerns regarding your removal from the IAC has not received response.

The SLR notes on February 27, 2020 a memorandum was generated removing you from the IAC for disciplinary reasons. The SLR has reviewed your disciplinary file. The review indicates (at the time of appeal) since your arrival to SVSP on November 3, 2018 you had received one (1) Inmate Counseling Chrono dated March 2, 2020. The SLR notes this does not constitute a serious disciplinary history.

The SLR conducted an interview with Lieutenant Meredith in regards to your removal. During the interview Lieutenant Meredith reported an error was conducted when reviewing your disciplinary history that resulted in your removal from the IAC.

An inmates' eligibility for nomination, election and retention as an inmate advisory council representative shall be limited only by the inmate's ability to effectively function in that capacity as determined by the warden.

Upon the inmate's request, that inmate shall be provided, in writing, the reasons for the determination of ineligibility.

The SLR notes this reviewer could not locate documentation indicating your CDCR form 22 received a response. The SLR notes Lt. Meredith was interview and stated he had no knowledge of the form 22 you submitted.

The SLR notes a disciplinary infraction shall not necessarily bar an inmate from serving as a council representative unless the infraction is determined by the warden to be detrimental to the council's effectiveness.

Based on the information gathered in this inquiry, the SLR notes there is insufficient evidence to support your removal from the SVSP Facility A, IAC. Therefore, your request for reinstatement as member of the IAC has been **PARTIALLY GRANTED.**

You request that your Form 22 be addressed is **PARTIALLY GRANTED**. Staff are expected to respond to inmates Form 22's, but there may be times when the staff member did not receive the form to address.

Your request not to face reprisal for filing this appeal is **GRANTED.** CCR, Title 15, section 3084.1 (d) states in part that, "No reprisal shall be taken against an inmate or parolee for filing an appeal. "

Based on the above information, your CDCR Form 602 is **PARTIALLY GRANTED.**

Appeal Log # SVSP-L-20-01495

You are advised this issue may be submitted for Third Level of Review if desired by completing section F of the CDC form 602 and mailing the appeal to the Chief of the Office of Appeals at the address listed on the CDCR form 602.

R. PARIN
Chief Deputy Warden (A)
Salinas Valley State Prison

cc: ERMS File
Appeal File