ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3611
Fax: (415) 703-5843
E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants*
*Garcia and Meredith*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSE AMEZQUITA,**<br>Plaintiff,<br>**v.**<br>**GARCIA, et al. ,**<br>Defendants. | 5:20-cv-08285-BLF<br><br>**EXHIBIT D: DECLARATION OF D. MEREDITH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit D to Declaration of D. Meredith in Support of Defendants' Motion for Summary Judgment

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in via email shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov.

This filing was not efiled for the following reason(s):

[_] Unable to Scan Documents

[_] Physical Object (description):

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

Dated: November 3, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

*/s/ Michael Quinn*
MICHAEL J. QUINN
Deputy Attorney General
*Attorneys for Defendants Garcia and Meredith*

SF2023600149
43946708.docx