ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3611
Fax: (415) 703-5843
E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants*
*Garcia and Meredith*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSE AMEZQUITA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**GARCIA-CORTEZ, et al. ,**<br><br>Defendants. | 5:20-cv-08285-BLF<br><br>**DECLARATION OF P. GARCIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, P. Garcia, declare as follows:

1. I am employed by the Department of Corrections and Rehabilitation (CDCR) as a correctional officer at Salinas Valley State Prison (SVSP). I have been employed with CDCR for nine years. My current assignment is Property Officer for Treatment Center I and II at SVSP. My duties as a Property Officer include, among other things, distributing property for new admissions in Treatment Center I and II. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. I have been informed and understand that inmate Jose G. Amezquita, CDCR No. AS4217, has filed a lawsuit alleging that I "maliciously and sadistically shot indiscriminately" at him with a 40 mm block gun during a January 23, 2020 incident.

3. During the morning of January 23, 2020, I was serving as the Facility A5 Control Booth Officer at SVSP. At one point, I observed inmates Hadden, Ganfield, Cortes, Hernandez, Ramirez, and Valdez striking each other in the facial and upper torso areas with their fists.

4. I gave the fighting inmates verbal orders to get down, but the inmates failed to comply with the orders and continued fighting. Accordingly, to prevent further injuries and to gain compliance with a lawful order, I aimed my 40mm launcher at the left thigh of inmate Hernandez. I fired one direct foam baton round from a distance of approximately 50 feet from my elevated position. Due to lag time and the rapid movement of the fighting inmates, the 40mm round struck the center of Hernandez's back.

5. I continued to assess the incident as I reloaded a second direct foam baton round into the launcher. I again gave the fighting inmates direct orders to get down with negative results. To prevent the fighting inmates from injuring each other, I aimed the 40mm launcher at inmate Cortes's right thigh while ordering the combative inmates to get down. Because the inmates continued to ignore my verbal orders, I fired a direct impact foam baton round from approximately 52 feet but missed my intended target. Due to inmate Cortes's movements, the round skipped on the ground and struck Plaintiff.

6. Because the inmates continued fighting, I immediately reloaded a third direct foam baton round and again gave the fighting inmates direct orders to get down. Because the inmates

again ignored my order, I aimed the 40mm launcher at the left thigh of inmate Ramirez and fired another 40mm direct impact foam baton round from approximately 53 feet, which struck my intended target.

7. Nevertheless, the inmates continued fighting, so I reloaded a fourth direct foam baton round. Before firing the launcher for a fourth time, I again ordered the inmates to stop fighting and prone out. Because the inmates failed to comply with my orders and continued fighting, I aimed the 40mm launcher at the left thigh of inmate Ganfield. That round failed to strike its target, and instead struck a concrete table.

8. At that point, the six inmates stopped fighting and I observed a number of correctional officers placing handcuffs on them. I continued to provide gun coverage while responding staff placed the inmates in handcuffs and escorted them to the Facility A Gymnasium holding cell for medical evaluation. A true and correct copy of the incident report that I prepared following the incident is attached as Exhibit "A."

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 3, 2023, at Soledad, California.

Correctional Officer P. Garcia

SF2023600149
43940197.docx

# EXHIBIT A

IRTS020J

# Incident Report Staff Narrative

Thursday August 24, 2023 09:56:25 AM

| | | | |
|---|---|---|---|
| Incident Log Number: | 000000000001140 | | |
| Institution/Parole Region: | Salinas Valley State Prison | Facility/Parole Unit: | SVSP-Facility A |
| Incident Date/Time: | 01/23/2020 09:25:00 | Discovery Date/Time: | 01/23/2020 09:25:00 |
| Area/Location: | YARD | | |

| | | | |
|---|---|---|---|
| Staff Name: | Garcia-Cortes, Pedro [GAPE010] | Narrative Type: | Initial Report |
| Created Date: | 01/23/2020 | Created Time: | 14:12:22 |

Narrative

On Thursday January 23, 2020 at approximately 0925 hours while conducting my duties as Facility A5 Control Booth Officer, I responded to the yard window and observed Inmate Hadden (T55746/A5-216U), Inmate Ganfield (AH7869/A5-233U), Inmate Cortez (BH7693/A5-150L), Inmate Hernandez (BF4136/ A4-119L), Inmate Ramirez (AT5174/ A5-243U) and Inmate Valdez (AM3707/A2-202L ) striking each other in the facial and upper torso with their fists. I gave them verbal orders to get down, Inmates failed to comply with my orders and continued fighting. To prevent further injuries and to gain compliance with a lawful order, I aimed the 40mm launcher utilizing my iron sights at (zone 1), left thigh of Inmate Hernandez; I fired one direct foam baton round from a distance of approximately 50 feet from an elevated position. Due to lag time and rapid movement of the fighting inmates, the (40mm) round struck the center of Hernandez's back. I assessed the incident as I reloaded a second (2) direct foam baton round. I gave fighting Inmates direct orders to get down with negative results. In order to prevent fighting inmates from injuring each other, gain compliance of a lawful order, I aimed the 40mm launcher utilizing my sights at Cortez' right thigh (zone 1), while ordering the combative inmates to get down, with negative results. I fired a direct impact foam baton round from approximately 52 feet but missed my intended target. Due to Inmate Cortez' movements the round skipped on the ground and struck Inmate Amezquita (AS4217/A4-229L). The inmates continued fighting. I immediately reloaded a third (3) direct foam baton round. I gave fighting inmates direct orders to get down with negative results. To prevent further injury, gain compliance of a lawful order and subdue an attacker. I aimed the 40mm launcher utilizing my iron sights at (zone 1), left thigh of Inmate Ramirez. I fired one (1) forty millimeter (40mm) direct impact foam baton round from approximately 53 feet striking my intended target. I assessed the incident as I reloaded a fourth (4) direct foam baton round. I gave fighting inmates direct orders to stop fighting and prone out. Inmates failed to comply with my orders and continued fighting. To prevent injuries and to gain compliance with a lawful order, I aimed the 40mm launcher utilizing my sights at (zone 1), left thigh of Inmate Ganfield, I fired one direct foam baton round from a distance of approximately 52 feet no striking my intended target. Due to lag time and rapid movement of the fighting inmates, the (40mm) round struck the concrete table. I observed responding staff Officer C. Vega placing handcuffs on Inmate Cortez with the assistance of Officer F. Vasquez. Officer M. Garcia placing handcuffs on Inmate Ramirez with the assistance of Officer E. Galvan. Officer A.perez placing handcuffs on Inmate Ganfield with the assistance of Officer J. Ramirez. Officer R. Cervantez placing handcuffs on Inmate Hernandez with the assistance of Officer S. Fuentes. Offficer W. Welch placing handcuffs on Inmate Hadden with the assistance of Officer D. Jonston and Officer A. Villafuerte placing handcuffs on Inmate Valdez with the assistance of Officer R. Anderson. I continued to provide gun coverage while responding staff placed the inmates in handcuffs and escorted them to the Facility A Gymnasium holding cell for Medical evaluation (7219).

| | | | |
|---|---|---|---|
| Badge # (Peace Officer Only): | 85050 | PERNR: | 92383 |
| Staff Signature: | P. Garcia-Cortes | Date: | 01/23/2020 |

| | | | |
|---|---|---|---|
| Narrative Reviewed: | Yes | Reviewed by Staff: | Lomeli, Hector R [LOHE004] |
| Reviewed Date: | 01/23/2020 | Reviewed Time: | 15:14:14 |