US POSTAGE PITNEY BOWES
ZIP 93960 $ 002.11⁰
02 1W
0001393392 APR 11 2024

RECEIVED
APR 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

States District Court
District of California
. First St. #2112
Jose, CA
95113

Amezquita
CDCR # A54217
SVSP A4-201
Box 1050
Soledad, CA
93960

LEGAL MAIL

United
Northern
280 S
San

STATE PRISON GENERATED MAIL

J. GUZMAN 4/10/24 JG #99621