UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. AMEZQUITA, <br> Plaintiff, <br> v. <br> GARCIA-CORTEZ, et al., <br> Defendants. | Case No. 20-cv-08285 BLF (PR) <br><br> **ORDER REFERRING MATTER TO FEDERAL PRO SE PROGRAM TO LOCATE COUNSEL, STAYING MATTER** |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"). Dkt. No. 1. Finding the first amended complaint (Dkt. No. 12) stated cognizable claims, the Court ordered service upon Defendants at SVSP. Dkt. No. 20. The Court granted in part and denied in part Defendants Garcia and Meredith's summary judgment motion, such that the following claims remain: excessive force, retaliation, and state claims for negligence, battery, and Banes Act violations. Dkt. No. 49. The Court referred the matter for settlement proceedings on July 3, 2024. *Id.* On September 4, 2024, Magistrate Judge Robert M. Illman docketed a minute entry stating that the parties were unable to reach an agreement. Dkt. No. 43. Therefore, it appears that this matter will proceed to trial.

This matter is referred to Haohao Song of the Federal Pro Se Program to find

counsel if possible. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

The Clerk shall forward to the Federal Pro Se Program: (1) a copy of this order, (2) a copy of the docket sheet, and (3) a copy of the operative complaint and relevant court orders. Dkt. Nos. 12, 20, 40.

This action shall remain STAYED until further notice.

**IT IS SO ORDERED.**

Dated: __October 3, 2024_____

BETH LABSON FREEMAN
United States District Judge

Order Referring to FPBP
PRO-SE\BLF\CR.20\08285Amezquita_refer.fpsp