UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. AMEZQUITA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARCIA-CORTEZ, et al.,<br><br>    Defendants. | Case No. 20-cv-08285 BLF (PR)<br><br>**ORDER DENYING MOTION AS MOOT**<br><br><br>(Docket No. 45) |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"). After settlement proceedings were unsuccessful such that this matter will proceed to trial, the Court referred this matter to the Federal Pro Se Program to find counsel if possible. Dkt. No. 44. Accordingly, Plaintiff's recently filed motion for appointment of counsel is **DENIED** as moot. Dkt. No. 45.

This order terminates Docket No. 45.

**IT IS SO ORDERED.**

**Dated: _October 8, 2024_____**

                                                                           BETH LABSON FREEMAN
                                                                           United States District Judge