UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. AMEZQUITA, <br><br> Plaintiff, <br><br> v. <br><br> GARCIA-CORTEZ, et al., <br><br> Defendants. | Case No. 20-cv-08285 BLF (PR) <br><br> **ORDER LIFTING STAY** |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, against prison staff at Salinas Valley State Prison. After settlement proceedings were unsuccessful such that this matter will proceed to trial, the Court referred this matter to the Federal Pro Se Program ("FPSP") on October 3, 2024, to find counsel if possible. Dkt. No. 44.

On November 22, 2024, Mr. Jeff Dominic Price appeared as counsel for Plaintiff. Dkt. No. 48. Mr. Price also filed an affidavit, stating that he has an agreement in principle with Plaintiff but that due to irregularities in the mail delivery at High Desert State Prison ("HDSP"), where Plaintiff is currently housed, he has not received a signed retainer agreement to date. Dkt. No. 50 at 1. Mr. Price states that he has been in contact with HDSP regarding the mail and will continue to maintain close attention to this issue. *Id.* at

2. Meanwhile, Mr. Price filed notice of appearance conditionally to prevent further delay in the litigation of this case, and requests the court permit plenary discovery despite the fact that the court has denied Defendants' summary judgment motion. *Id.* at 2-3. Mr. Price states he will continue to seek to obtain a signed retainer agreement from Plaintiff and to contact defense counsel regarding the litigation of this case. *Id.* at 3.

Good cause appearing, the Court acknowledges Mr. Price's representation of Plaintiff in this matter and his conditional appearance. The stay of this matter is hereby **LIFTED**. The referral to the Federal Pro Se Program is withdrawn. Dkt. No. 44.

Mr. Price is requested to file notice **within fourteen (14) days** from the date this order is filed regarding the current status of his communication with Plaintiff and confirm that he has obtained a signed retainer agreement.

**IT IS SO ORDERED.**

Dated: _January 8, 2025_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Lifting Stay
PRO-SE\BLF\CR.20\08285Amezquita_lift-stay