JDP.PC Jeff Dominic Price | SBN 165534
23465 Civic Center Way
Malibu, California 90265-5581
jdp@jdpfirm.com
Tel. 310.451.2222

Attorney for the Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE G. AMEZQUITA,<br>Plaintiff,<br>vs.<br>C.O. GARCIA-CORTES et al.,<br>Defendants. | No. 5:20-cv-08285-BLF<br>NOTICE OF LODGING<br>Trial: 11/13/2026 |

TO: THE CLERK OF THE COURT:

PLAINTIFF respectfully lodges the attached proposed Writ of Habeas Corpus Ad Testificandum, pursuant to the Order Granting Motion for Writ of Habeas Corpus Ad Testificandum, dated September 14, 2026, ECF No. 90.

DATED: November _5_, 2026,

By JDP PC Jeff Dominic Price
/s/ Jeff Dominic Price
Jeff Dominic Price, Esq.
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. AMEZQUITA,<br>Plaintiff(s)<br>v.<br>C.O. GARCIA-CORTES, LIEUTENANT MEREDITH,<br>Defendant(s) | CASE NUMBER:<br>CR<br>CV 5:20-CV-08285-BLF<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM ☒ AD TESTIFICANDUM |

**WHEREAS** the application was granted by the Honorable BETH LABSON FREEMAN Judge of the U.S. District Court for the Northern District of California, the named custodian: KIMBERLY THORNTON, Acting Warden, HDSP

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **JOSE AMEZQUITA AS4217** before the Honorable BETH LABSON FREEMAN Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **1**, located at 280 S. First Street, San Jose, California on **November 13, 2026** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable BETH LABSON FREEMAN Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: NOVEMBER _5, 2026

CLERK, U.S. DISTRICT COURT

By: [signature]
Deputy Clerk